UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-11105-SVW-JC | Date | February 26, 2025 |
|---|---|---|---|
| Title | Wenrong Zhang v. David M. Radel | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

In light of the government's filing of a Notice of Mootness of Action stating that the relief sought has been granted.

The Court orders the case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |